Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Halim Stovall                                        Docket No.: 97-00037-005 Erie

### Petition on Supervised Release

COMES NOW Belinda M. Ashley, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Halim Stoval, who was placed on supervision by the Honorable Maurice B. Cohill, Sr. sitting in the Court at Erie, Pennsylvania on the 5th day of December, 2011, who fixed the period of supervision at 1 year and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- March 11, 2009, and December 5, 2011, term of supervised release imposed with the same terms and conditions as originally imposed on May 19, 1999.

  Original conditions of supervision imposed by Senior United States District Judge Maurice B. Cohill, Jr. on May 19, 1999.

- The defendant shall not commit another federal, state, or local crime.
- The defendant shall not unlawfully possess a controlled substance.
- The defendant shall not possess a firearm, or destructive device.
- The defendant shall participate in a program of testing and, if necessary, treatment substance abuse, as directed by the probation officer. The defendant shall submit to one drug urinalysis within 15 days after being placed on supervised release, and at least two periodic tests thereafter. Further, the defendant shall be required to contribute to the costs of services for any such treatment in an amount determined by the Probation Officer's Sliding Scale for Substance Abuse Treatment Services.
- The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic tests thereafter, as directed by the probation officer.
- The defendant shall pay to the United States a special assessment of $100.

05-19-99:   Conspiracy to Distribute and Possess With Intent to Distribute Cocaine Base; sentenced to 60 months' custody of the Bureau of Prisons', to be followed by 5 years term of supervised release.
09-15-05:   Released from custody and term of supervised release commenced.
10-06-08:   Modification of supervised release by Senior United States District Judge Maurice B. Cohill, Jr. imposing 90 days of home confinement.
03-11-09:   Term of supervised release revoked and sentenced to 5 months custody of the Bureau of Prisons', to be followed by 24 months term of supervised release.

U.S.A. vs. Halim Stovall
Docket No. 99-00037-005 Erie
Page 2

| | |
|---|---|
| 11-06-09: | Released from custody and term of supervised release commenced. |
| 12-05-11: | Term of supervised release revoked and sentenced to 6 months' custody of the Bureau of Prisons', to be followed by 12 months term of supervised release. |
| 06-04-12: | Released to supervision; currently supervised by USPO Specialist David J. Conde |
| 05-23-13: | Petition issuing a summons to be held in abeyance signed by Senior United states District Judge Maurice B. Cohill, Jr. |

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that the defendant has violated the following condition of his supervised release:

**The defendant shall not commit another county, state, or federal crime.**

**The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.**

**The defendant shall not unlawfully possess a controlled substance.**

Mr. Stovall was charged on February 23, 2013, by the Erie, Pennsylvania Police Department with the following: Operating With Unsafe Equipment, Possession With Intent to Deliver (Marijuana), Use/Possession of Drug Paraphernalia, and Driving Under the Influence of Alcohol and/or Controlled Substance. According to the criminal complaint filed on February 23, 2013, by the Erie Police Department, on this date the defendant was observed driving a Toyota van that had dark tinted windows. As a result, a vehicle stop was initiated by the police. Police determined that the tint on the windows were outside of acceptable limits. The complaint further accuses Mr. Stovall of possessing a baggie which contained six containers that were individually sealed and labeled. Each container contained amounts of marijuana meant for sale. Lastly, the complaint alleges that Mr. Stovall was operating the vehicle while under the influence of marijuana. On November 5, 2013, Mr. Stovall pled guilty in the Erie County Court of Common Pleas to Unlawful Activities and Disorderly Conduct, both summary offenses. The case is docketed at 1754 of 2013. Mr. Stovall was sentenced to pay fines and costs. The charges of Possession With Intent to Deliver and Driving Under the Influence of Alcohol and/or Controlled Substance were nolle prossed.

U.S.A. vs. Halim Stovall
Docket No. 99-00037-005 Erie
Page 3

PRAYING THAT THE COURT WILL ORDER that the summons to be held in abeyance issued on My 23, 2013, is dismissed and the case at 99-00037-005 Erie is marked closed.

| ORDER OF COURT | |
|---|---|
| Considered and ordered this __16th__ day of __Dec.__, 20 __13__ and ordered filed and made a part of the records in the above case.<br><br>_Maurice B. Cohill, Jr._<br>Maurice B. Cohill, Jr.<br>Senior U.S. District Judge | I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on __December 9, 2013__<br><br>_David J. Conde_<br>David J. Conde<br>U.S. Probation Officer Specialist<br><br>_Stephen A. Lowers_<br>Stephen A. Lowers<br>Supervising U.S. Probation Officer<br><br>Place: __Erie, PA__ |